AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>Jordan Ryan Turner<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)        6:18-MJ-6051-HAI<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   March to April 9, 2018   in the county of   Bell   in the
  Eastern   District of   Kentucky   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e)<br>18 U.S.C. § 2252(a)(2) and<br>18 U.S.C. § 2252(a)(4)(B) | Attempt to Produce Child Pornography<br>Distribution and Receipt of Child Pornography and<br>Possession of Child Pornography |

Eastern District of Kentucky
**F I L E D**

JUN 2 0 2018

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_signed per Rule 4.1(b)(2)(A)_
*Complainant's signature*

Kimberly Hill Kidd, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  6/19/18

*Judge's signature*

City and state:           London, Kentucky           Hanly A. Ingram, United States Magistrate Judge
*Printed name and title*