## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kimberly Hill Kidd, a Special Agent of the Federal Bureau of Investigation, having been first duly sworn, do hereby depose and state as follows:

### *Introduction*

1.      I am a Special Agent with the FBI, and have been since February 2002.  As such, I am a federal law enforcement officer authorized to investigate violations of federal law, and to apply for and execute warrants issued under the authority of the United States.  I investigate various federal crimes, including those involving child pornography and child exploitation.  Before becoming a Special Agent, I was a Psychological Associate for a private counseling practice for seven years, where I specialized in providing counseling to preteen and teenage girls.  I have extensive law enforcement training in child exploitation crimes, and most of my caseload consists of child exploitation crimes involving the internet and computer equipment. Your Affiant has attended numerous in-services, trainings, and has completed on-line training in relation to computer crimes against children and computer crimes in general.

2.      I am investigating the criminal activities of Jordan Ryan Turner, a resident of 1211 North 25th Street, Middlesboro, Kentucky, currently incarcerated at the Bell County Detention Center on local charges.  A search warrant was authorized for the residence listed above and the person of Jordan Turner on April 16, 2018 and April 9, 2018 respectively.  As will be shown below, I submit there is probable cause to believe that Jordan Ryan Turner has possessed, received, distributed, and attempted to produce child pornography, in violation of 18 U.S.C. §§ 2251, 2252(a)(2) and 2252(a)(4).

3.      The statements in this affidavit are based in part upon my own investigation, and my knowledge, training, and experience in online child exploitation, particularly involving child pornography.  It is also based on information conveyed to me by others,

whom I believe to be reliable, and the experience and training of other law enforcement officers with whom I have had discussions. Because I am submitting this affidavit for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation.

### *Background of the Investigation and Probable Cause*

4.      On March 31, 2018, Kentucky State Police, Harlan Post #10, was contacted by the mother of a Bell County High School student. The mother reported that she had located inappropriate text messages between her 14 year old son and the Bell County High School basketball coach in the minor's Facebook Messenger app. Facebook Messenger is a mobile app that enables chat, voice and video communications between the social media site's web-based messaging and smartphones. Messenger is available for iOS, Android, Windows 10 and Blackberry devices and can connect to the internet through Wi-Fi or a mobile data plan. Detective Jacob Wilson was assigned to the investigation.

5.      Detective Wilson met with the victim's mother who showed Detective Wilson the Facebook messages on her son's phone. In the messages, Jordan Turner, the Bell County High School basketball coach, made several references to the minor's penis, calling the minor "needle dick" and repeatedly requesting the minor send Turner pictures of the minor's penis to prove it was not small. Turner told the minor he would send pictures of his own penis to the minor so they could compare the sizes of their penises. The minor never sent Turner any pictures. Turner had used the Facebook Messenger app to request the pictures from the minor.

6.      On April 9, 2018, Detective Turner obtained a search warrant for the person and vehicle of Turner.

7.      On April 9, 2018, Detective Jacob Wilson, Kentucky State Police, Harlan Post, then interviewed Turner. Turner told Detective Wilson: it all started as a running joke when Turner coached the minor in basketball; another kid had made fun of the minor; Turner said he sent one text message request to see the minor's penis; Turner said he has never requested pictures from another child; Turner said there is no child pornography on

2

his phone; and Turner said he didn't have a reason for asking for pictures of the minor's penis and that it was just a running joke.

8.      Detective Wilson arrested Turner and charged him with Prohibited Use of Electronic Communication System to Procure a Minor for Sexual Offenses.

9.      On April 16, 2018 Detective Turner obtained a search warrant for Turner's residence, 1211 North 25th Street, Middlesboro, Kentucky.

10.     On April 18, 2018, another student/basketball player came forward stating Turner had asked him for pictures of his penis also. Turner had used the Facebook Messenger app to request the pictures from the minor.

11.     On May 01, 2018, your Affiant was asked to consult on the investigation.

12.     On May 15, 2018, your Affiant met with Detective Wilson to review the forensic evidence recovered thus far in the investigation. Your Affiant reviewed both Facebook Messenger conversations and Kik Messenger app conversations. Kik is a cross-platform mobile application used to access the internet for the purpose of instant messaging. Like many other popular messaging apps, such as Messenger and Snapchat, you can use Kik to message individual friends as well as groups of friends. Kik allows its users to create a free account by email and password. Users can connect with each other by searching for a particular user's username, scanning a Kik code, or using their phone contacts by entering their phone number. With Kik, you can send and receive an unlimited number messages to anyone else who has a Kik account. Kik uses your smartphone's data plan or WiFi connection to send and receive messages.

13.     Per the forensic analysis of Turner's cellphone, Turner would utilize the app Omegle to locate users who were discussing their penises freely, especially the size of their penises. With OMEGLE, when a user logs in, OMEGLE randomly pairs them with another user and allows them to chat together privately either through text, video, or using a built-in microphone. [Affiant note: Even on OMEGLE's website, it clearly states "predators have been known to use OMEGLE, so please be safe"]. OMEGLE has two choices available to users to video chat: monitored chats and unmonitored. In the monitored chats, a moderator filters out explicit content. However, users can easily choose to enter an unmonitored chat. OMEGLE can be accessed via a computer, tablet or mobile device using either Wi-Fi or a mobile data plan.

14.   Once Turner would identify a user proud of their penis, Turner would obtain their Kik user name and contact them privately through the Kik Messenger app. In Turner's saved Kik messages were conversations between Turner and approximately 1285 Kik users. Of these conversations, approximately 166 of them were where Turner specifically asks the Kik users the size of their penis and then their age.  For the users he identifies as minors, he asks them to send a picture of their penises.  In at least one of the chats, Turner sends the minor a video of child pornography in exchange for pictures of the user's penis. Turner terminates any conversations with users who identify themselves to be over the age of 18 years old.

15.   Per the forensic report, Turner's Kik Messenger app user name is: "Eli.2121 Eli Fly."

16.   Below is an example of the chats found within Turner's Kik Messenger app.  This exchange took place on or about April 3, 2018:

> Start Time: 4/3/2018 11:13:17 AM(UTC-4)
> Last Activity: 4/3/2018 11:22:19 AM(UTC-4)
> Participants: tfox2601 Thomas Fox, Eli.2121 Eli Fly
> From:
> Timestamp: 4/3/2018 11:13:17 AM(UTC-4)
> Source App: Kik
> Body:
> You started chatting with Thomas
> ------------------------------
> From: From: Eli.2121 Eli Fly
> Timestamp: 4/3/2018 11:13:20 AM(UTC-4)
> Source App: Kik
> Body:
> hey
> ------------------------------
> From: From: Eli.2121 Eli Fly
> Timestamp: 4/3/2018 11:13:23 AM(UTC-4)
> Source App: Kik
> Body:
> How big are u?

4

-----------------------------
From: From: tfox2601 Thomas Fox
Timestamp: 4/3/2018 11:14:19 AM(UTC-4)
Source App: Kik
Body:
9 inches
-----------------------------
From: From: tfox2601 Thomas Fox
Timestamp: 4/3/2018 11:14:24 AM(UTC-4)
Source App: Kik
Body:
You a girl?
-----------------------------
From: From: Eli.2121 Eli Fly
Timestamp: 4/3/2018 11:14:44 AM(UTC-4)
Source App: Kik
Body:
Seriously ? That's big af
-----------------------------
From: From: Eli.2121 Eli Fly
Timestamp: 4/3/2018 11:14:45 AM(UTC-4)
Source App: Kik
Body:
Nah
-----------------------------
From: From: Eli.2121 Eli Fly
Timestamp: 4/3/2018 11:14:48 AM(UTC-4)
Source App: Kik
Body:
U compare ?
-----------------------------
From: From: tfox2601 Thomas Fox
Timestamp: 4/3/2018 11:15:10 AM(UTC-4)
Source App: Kik
Body:
Nah sorry bro only girls
-----------------------------

5

From: From: tfox2601 Thomas Fox
Timestamp: 4/3/2018 11:15:25 AM(UTC-4)
Source App: Kik
Body:
You have any girl pics u could trade for it?
------------------------------

From: From: tfox2601 Thomas Fox
Timestamp: 4/3/2018 11:15:36 AM(UTC-4)
Source App: Kik
Body:
Then I might show u
------------------------------

From: From: Eli.2121 Eli Fly
Timestamp: 4/3/2018 11:15:42 AM(UTC-4)
Source App: Kik
Body:
Yeah, but what's your age?
------------------------------

From: From: tfox2601 Thomas Fox
Timestamp: 4/3/2018 11:16:12 AM(UTC-4)
Source App: Kik
Body:
16
------------------------------

From: From: Eli.2121 Eli Fly
Timestamp: 4/3/2018 11:16:39 AM(UTC-4)
Source App: Kik
Body:
Ok. I'll trade one for every one you send
------------------------------

From: From: tfox2601 Thomas Fox
Timestamp: 4/3/2018 11:17:01 AM(UTC-4)
Source App: Kik
Body:
How about you give 3 for every 1?
------------------------------

From: From: Eli.2121 Eli Fly

6

Timestamp: 4/3/2018 11:17:21 AM(UTC-4)
Source App: Kik
Body:
Nah. Why would I do that? 1 for 1 is fair
------------------------------
From: From: tfox2601 Thomas Fox
Timestamp: 4/3/2018 11:17:30 AM(UTC-4)
Source App: Kik
Body:
Fine
------------------------------
From: From: tfox2601 Thomas Fox
Timestamp: 4/3/2018 11:17:35 AM(UTC-4)
Source App: Kik
Body:
You send first tho
------------------------------
From: From: Eli.2121 Eli Fly
Timestamp: 4/3/2018 11:18:08 AM(UTC-4)
Source App: Kik
Body:
Hell no. You have no reason to want to send. So if I give u what you want then
you will have no reason to send back
------------------------------
From: From: Eli.2121 Eli Fly
Timestamp: 4/3/2018 11:18:28 AM(UTC-4)
Source App: Kik
Body:
I have good ones and I will send one for every one you do. You have my word
------------------------------
From: From: tfox2601 Thomas Fox
Timestamp: 4/3/2018 11:18:36 AM(UTC-4)
Source App: Kik
Body:
Same goes for you?
------------------------------
From: From: Eli.2121 Eli Fly

7

Timestamp: 4/3/2018 11:19:06 AM(UTC-4)
Source App: Kik
Body:
Dude. That's the deal.
------------------------------
From: From: tfox2601 Thomas Fox
Timestamp: 4/3/2018 11:19:15 AM(UTC-4)
Source App: Kik
Body:
Fine
------------------------------
From: From: Eli.2121 Eli Fly
Timestamp: 4/3/2018 11:19:21 AM(UTC-4)
Source App: Kik
Body:
U will see that I will send back
------------------------------
From: From: Eli.2121 Eli Fly
Timestamp: 4/3/2018 11:20:35 AM(UTC-4)
Source App: Kik
Body:
So...
------------------------------
From: From: tfox2601 Thomas Fox
Timestamp: 4/3/2018 11:20:44 AM(UTC-4)
Source App: Kik
Attachments:
#1: chats\Kik\attachments1\9d9c4d30-c4c4-4e0d-ae62-eed94cc65d65.jpg
Body:
[Your Affiant has seen this image and it depicts a minor male penis between the
age of 14 and 17, consistent with the age represented by "Thomas Fox," with the
picture being taken from above the penis looking towards the tile floor below.
The hand of the minor is holding the penis.]
------------------------------
From: From: tfox2601 Thomas Fox
Timestamp: 4/3/2018 11:21:43 AM(UTC-4)
Source App: Kik

8

Body:

So?

------------------------------

From: From: Eli.2121 Eli Fly

Timestamp: 4/3/2018 11:21:52 AM(UTC-4)

Source App: Kik

Attachments:

#1: chats\Kik\attachments1\ce649a02-ba55-49fa-8d0c-c5869f9e604e.mp4

Body:

[Your Affiant has seen this video and it is a 0:14 length video with a minor female, between the age 14 and 16, naked, lying on her back. The video first focuses on the minor's upper torso while the minor makes moaning sounds. The video then focuses on the minor's vagina where the minor is self-masturbating with a blue vibrator. Through your Affiant's training and experience conducting child exploitation investigations, the age of the female depicted in the video was determined by analyzing the developmental characteristics of post-pubescent children that have not reached age 18 and comparing those characteristics to the female depicted in the video].

------------------------------

From: From: tfox2601 Thomas Fox

Timestamp: 4/3/2018 11:22:19 AM(UTC-4)

Source App: Kik

Attachments:

#1: chats\Kik\attachments1\effd2c98-e6d7-43fc-8f37-7dfdf7cf79f4.jpg

Body:

[Your Affiant has seen this image. This image appears to be of the same male minor's penis as referenced above, with the focus of the picture on the top of the penis, looking towards a tile floor, and the minor male is holding the penis.]

------------------------------

17.     Your Affiant has viewed the images and videos that Jordan Ryan Turner received or transmitted via the Kik Messenger app to/from other Kik Messenger users on or about September 20, 2017 to on or about April 3, 2018. Turner received numerous images and videos of minor male penises and transmitted several images of minor females engaged in sexually explicit conduct, namely the "lascivious exhibition of the genitals or pubic area" as that statutory term has been interpreted in cases such as *United States v. Dost*, 636 F.

9

Supp. 828 (S.D. Cal. 1986) and *United States v. Brown*, 579 F.3d 672 (6th Cir. 2009). As
noted in the chat log above, in one image, the focus of the image is on the male minor's
penis and in the distributed video, the minor female is self-masturbating her vagina using
a blue vibrator. Among other factors demonstrating lasciviousness, each image focuses on
the child's genitalia, contains sexually suggestive poses, and is plainly designed to elicit a
sexual response in the viewer.

### *Conclusion*

18.     There is probable cause to find that Jordan Ryan Turner possessed, received,
distributed and attempted to produce child pornography. The investigation has revealed
that Kik Messenger user "Eli.2121 Eli Fly" distributed a video depicting child
pornography and received two images of child pornography on April 3, 2018, as
explained in paragraph 15 of this affidavit. In addition, law enforcement found other
images of child pornography on the cellular telephone seized from Turner's person in the
messaging apps on that same cellular telephone. Turner claimed sole ownership of this
telephone. As an example, Turner had an image sent to him by Kik user Mystery222358
to Turner's Kik user account Eli Fly. The image depicts a prepubescent female standing
in front of a mirror with her back to the mirror. The minor female is completely naked,
and the focus of the picture is of the minor's entire body from the front – to include the
genitals, and her buttocks are visible as a reflection in the mirror. Finally, as discussed in
paragraphs four through seven of this affidavit, Turner attempted to persuade, induce and
coerce the identified child victim to produce images of his genitals.

*Attested per Rule 4.1 (b)(2)(A)*

Kimberly Kidd
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on this _19th_ day of June, 2018.

10

Hanly A. Ingram
United States Magistrate Judge