*Rule 4.1 Addendum*

Using the mechanics of Rule 41(d)(3) and Rule 4.1, the Court processed the application remotely. The Court verified the Applicant's identity (through Applicant self-identification) with badge # _17395_. Applicant simply attested to the application, which the prosecutor transmitted by remote electronic means (e-mail). The Court issued the order and transmitted same, with the signed application, to the Applicant by remote electronic means (e-mail). The process complied with the principles of Rule 4. 1.

_____
Hon. Hanly A. Ingram,
United States Magistrate Judge

Date and Time: _6/15/18 @ 6:24 p.m._