UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6:18-CR-032-CHB-HAI |
| | ) | |
| v. | ) | |
| | ) | **ORDER ADOPTING** |
| JORDAN RYAN TURNER, | ) | **RECOMMENDATION OF** |
| | ) | **ACCEPTANCE OF GUILTY PLEA** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Recommendation of Acceptance of Guilty Plea ("Recommendation") [R. 58] by United States Magistrate Judge Hanly Ingram following Defendant Jordan Ryan Turner's Hearing for Re-Arraignment [R. 57]. At this hearing Defendant Turner, by counsel, filed a consent to plead before the United States Magistrate Judge [R. 59] and advised the Court of his desire to enter a plea of guilty to Count 1 of the Indictment pursuant to a Fed. R. Crim. P. 11(c) plea agreement. *See* [R. 60] Magistrate Judge Ingram found that the Defendant pled guilty in a knowing, voluntary, and intelligent fashion. [R. 58, at p. 2] He recommended that the Court accept Defendant Turner's guilty plea and adjudge him guilty of Count 1 of the Indictment. *Id.*

The Recommendation instructed the parties to file any specific written objections by no later than **three days** after being served with a copy of the Recommendation, or else waive the right to further review. *See id.* at p. 3. Neither party has objected to Magistrate Judge Ingram's Recommendation, and the time to do so has now passed.

Upon review, the Court is satisfied that Defendant Jordan Ryan Turner knowingly and competently pled guilty to Count 1 of the Indictment, and that an adequate factual basis supports

the plea as to each essential element of the offense charged.  Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.  Judge Ingram's Recommendation of Acceptance of Guilty Plea [**R. 58**] is **ADOPTED** as and for the Opinion of this Court;

2.  Defendant Jordan Ryan Turner is **ADJUDGED GUILTY** of Count 1 of the Indictment;

3.  The Defendant's Jury Trial and all other pre-trial proceedings are hereby **CANCELLED** and **STRICKEN** from the Court's docket; and

4.  A Sentencing Order shall be entered promptly.

This the 12th day of March, 2019.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY